# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 24, 2008

135636

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DJUSTE LJULJDJURAJ,
      Plaintiff-Appellee,

v

SC: 135636
COA: 275317
Macomb CC: 2005-002822-NO

CITY OF STERLING HEIGHTS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 4, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 24, 2008

_____
Clerk

t0317